IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JIMMY THOMAS | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv256 |
| ZENA STEPHENS | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

Jimmy Thomas, proceeding *pro se*, filed the above-styled lawsuit. The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate judge submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b). A document sent to plaintiff was returned to the Court with a notation indicating plaintiff was no longer at the address he provided to the Court. Eastern District of Texas Local Rule CV-11(d) requires *pro se* litigants to provide the Court with a physical address and advise the clerk in writing of any change of address.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge. A copy of the Report and Recommendation was mailed to plaintiff at the address he provided to the Court. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law contained in the Report of the magistrate judge are correct and the Report [Dkt. 7] is ADOPTED as the opinion of the Court. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this 17th day of August, 2023.**

Michael J. Truncale
United States District Judge